# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

GREGORY S. TENNIS,

                Defendant.

Case No. 16-CR-158-2-JPS

**ORDER**

On April 18, 2017, the government filed a motion for a preliminary order of forfeiture as to certain property of the defendant. (Docket #22). As part of his plea agreement, the defendant agreed to forfeit the property identified in the forfeiture notice of the Indictment. (Docket #1 at 4). The Court will, therefore, grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that all right, title, and interest in the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

1.      A Lenovo ThinkPad X240 laptop bearing serial number PC01XXNA, containing a Samsung 256GB SSD bearing serial number S1K7NSBF903598 and a SanDisk Ultra SD card bearing serial number BN1304922921G;

2.      A Lenovo ThinkPad T420 laptop bearing serial number P10XYZZ, containing a Seagate 500GB hard drive bearing serial number 5VJBBV89; and

3.        A Sony 16GB USB bearing serial number 09N09KEDV.

**IT IS FURTHER ORDERED** that the above listed item shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge