# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>GREGORY S. TENNIS,<br><br>Defendant. | Case No. 16-CR-158-JPS<br><br>**ORDER** |

On July 25, 2017, the government filed a motion for a final order of forfeiture and judgment as to certain property of Defendant. (Docket #43). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Jonathan H. Koenig, (Docket #44), and being satisfied that the terms and provisions of Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853 have been satisfied, will grant the motion.

Accordingly,

**IT IS ORDERED** that, pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853, the government's motion for final order of forfeiture and judgment (Docket #43) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853, the United States of America has clear title to the following items, and may dispose of the property according to law:

1. A Lenovo ThinkPad X240 laptop bearing serial number PC01XXNA, containing a Samsung 256GB SSD bearing serial

number S1K7NSBF903598 and a SanDisk Ultra SD card bearing serial number BN1304922921G;

2. A Lenovo ThinkPad T420 laptop bearing serial number P10XYZZ, containing a Seagate 500GB hard drive bearing serial number 5VJBBV89;

3. A Sony 16GB USB bearing serial number 09N09KEDV; and

4. A SanDisk 32 GB SD card bearing serial number BM1104315904G.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge